```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 04 B 31467
   SALLIE MAE WELLINGTON
                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

        Debtor
   SSN XXX-XX-2280

------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 08/24/2004 and was confirmed 11/03/2004.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  25.49%.

     The case was paid in full 12/26/2007.
------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT   INTEREST     PRINCIPAL
                                                         PAID         PAID
------------------------------------------------------------------------
NUVELL CREDIT CO LLC       SECURED          12000.00      714.36      12000.00
NUVELL CREDIT CO LLC       UNSECURED OTH    10356.03         .00       2632.71
AMERICREDIT                UNSECURED        NOT FILED        .00           .00
AMERICREDIT                NOTICE ONLY      NOT FILED        .00           .00
AMERICREDIT                NOTICE ONLY      NOT FILED        .00           .00
ASPIRE                     UNSECURED OTH      853.69         .00        217.64
ASPIRE                     NOTICE ONLY      NOT FILED        .00           .00
BLAIR CREDIT SERVICES      UNSECURED        NOT FILED        .00           .00
BLAIR                      NOTICE ONLY      NOT FILED        .00           .00
CHECK N GO                 UNSECURED        NOT FILED        .00           .00
CITY OF CHICAGO PARKING    UNSECURED OTH      540.00         .00        137.97
COMMONWEALTH EDISON        UNSECURED        NOT FILED        .00           .00
COMMONWEALTH EDISON        NOTICE ONLY      NOT FILED        .00           .00
FINGERHUT CORP             UNSECURED        NOT FILED        .00           .00
FINGERHUT                  NOTICE ONLY      NOT FILED        .00           .00
FINGERHUT                  NOTICE ONLY      NOT FILED        .00           .00
FIRST PREMIER BANK         UNSECURED        NOT FILED        .00           .00
INSTANT CASH ADVANCE       UNSECURED        NOT FILED        .00           .00
IRA HARDRICK               UNSECURED        NOT FILED        .00           .00
PROVIDIAN FINANCIAL        UNSECURED        NOT FILED        .00           .00
PROVIDIAN FINANCIAL        NOTICE ONLY      NOT FILED        .00           .00
UNITED STUDENT AID FUNDS   UNSEC W/INTER    11365.00      251.19       2901.12
SONIC PAYDAY COM           UNSECURED        NOT FILED        .00           .00
UNITED CASH LOAN           UNSECURED        NOT FILED        .00           .00
UPTOWN CASH                UNSECURED        NOT FILED        .00           .00
WILLIAM CHEVROLET          UNSECURED        NOT FILED        .00           .00
WILLIAM CHEVROLET GEO IN   NOTICE ONLY      NOT FILED        .00           .00
UNITED STUDENT AID FUNDS   UNSEC W/INTER     4831.54      106.86       1233.52
CAVALRY INVESTMENTS        UNSECURED         1775.00         .00        452.41
PETER FRANCIS GERACI       DEBTOR ATTY       2,700.00                  2,700.00
TOM VAUGHN                 TRUSTEE                                     1,352.21
DEBTOR REFUND              REFUND                                        445.92

                 PAGE  1 - CONTINUED ON NEXT PAGE
        CASE NO. 04 B 31467 SALLIE MAE WELLINGTON
```

```
        Summary of Receipts and Disbursements:
---------------------------------------------------------------------
                          RECEIPTS           DISBURSEMENTS
---------------------------------------------------------------------
TRUSTEE                  25,145.91

PRIORITY                                              .00
SECURED                                         12,000.00
    INTEREST                                       714.36
UNSECURED                                        7,575.37
    INTEREST                                       358.05
ADMINISTRATIVE                                   2,700.00
TRUSTEE COMPENSATION                             1,352.21
DEBTOR REFUND                                      445.92
                         ---------------     ---------------
TOTALS                   25,145.91              25,145.91
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
   Dated: 03/27/08                  _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                         PAGE   2
        CASE NO. 04 B 31467 SALLIE MAE WELLINGTON